# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____<br><br>Removed from the Circuit Court of Macomb County, Michigan<br>Case No. 2022-002172-CB |

## DECLARATION OF J. SCOTT KING

I, J. Scott King, do hereby declare under penalty of perjury that:

1. My name is J. Scott King. I am over 18 years of age, have personal knowledge of the matters stated herein, and am legally competent to testify on those matters.

2. This Declaration is being given in support of Corizon Health, Inc.'s ("Defendant" or "Corizon") Notice of Removal.

3. I was Corizon Health, Inc.'s Executive Vice President and Chief Legal Officer until May 5, 2022. I currently assist Corizon on legacy legal activities as a consultant.

4. On June 14, 2022, Plaintiff filed a Complaint against Corizon Health, Inc. in the Circuit Court for Macomb County, Michigan, Civil Action No. 2022-002172-CB (hereinafter the "State Court Action").

5. As of the date of filing of the State Court Action, Corizon was incorporated in the state of Texas and had a principal place of business in Tennessee. This is still true as of the date this declaration is signed. Previously, Corizon was incorporated in the state of Delaware with a

1

principal place of business in Tennessee, but this had changed before the State Court Action was filed.

The undersigned declares under penalty of perjury that the statements set forth in this instrument are true and correct.

Date: _July 12, 2022_

_J. Scott King_ (signature)
**J. SCOTT KING**