UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blue Cross Blue Shield of Michigan

          Plaintiff(s),          Case No. 22-cv-11598

v.                                              Mark A. Goldsmith

Corizon Health Incorporated

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Blue Cross Blue Shield of Michigan

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: September 15, 2022          /s/ Paul Wilk Jr

                                                Paul Wilk Jr  (P83691)
                                                Kitch Drutchas Wagner Valitutti & Sherbrook
                                                One Woodward Avenue Suite 2400
                                                Detroit, MI 48226
                                                313-965-7848
                                                paul.wilk@kitch.com