UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

      Plaintiff,

v.

CORIZON HEALTH, INC.,

      Defendant.
_____/

Case No. 22-11598

HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 11)

On November 22, 2022, Plaintiff Blue Cross Blue Shield of Michigan filed a motion for summary judgment (Dkt. 11).   The brief in support of Plaintiff's motion does not comply with the requirements set out in this Court's scheduling order (Dkt. 7).   In particular, section II.C.2 of that order states in part that a brief in support of a motion for summary judgment must begin with a "Statement of Material Facts." Id. at 5.   "The Statement must consist of numbered paragraphs describing the facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law.   Each paragraph must include specific references and citations to record evidence." Id.

In addition, Plaintiff's motion does not contain language certifying compliance with LR 5.1(a), as required by the Court's 7/21/22 order (Dkt. 3).

Accordingly, the Court strikes Plaintiff's motion for summary judgment. Plaintiff shall file a corrected document on or before November 30, 2022.

SO ORDERED.

Dated: November 28, 2022　　　　　　　s/Mark A. Goldsmith
　　　　　Detroit, Michigan　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 28, 2022.

　　　　　　　　　　　　　　　　　　　s/Holly A. Ryan
　　　　　　　　　　　　　　　　　　　Case Manager, in the absence of
　　　　　　　　　　　　　　　　　　　Karri Sandusky

2