UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC.,<br><br>　　　Defendant, | CASE NO. 22-cv-11598<br><br>HON. MARK A. GOLDSMITH |

### DEFENDANT'S WITNESS LIST

Defendant Corizon Health, Inc. ("Defendant" or "Corizon"), by and through their attorneys, hereby submits its list of lay and expert witnesses ("Witness List"):

**LAY WITNESSES:**

1. Isaac Lefkowitz (Director, Corizon);

2. Mason Gill (former VP—Operations, Corizon);

3. Jeff Sholey (former Chief Financial Officer, Corizon);

4. Eugene Mitchell (former Director—Provider Services, Corizon);

5. Any and all witnesses whose identities are learned in the course of discovery and investigation in this matter;

6. Any and all witnesses, including expert witnesses, listed by the Plaintiff, whether or not called as a witness by the Plaintiff;

7. Any and all witnesses appropriate to rebut any testimony or other evidence offered at trial by the Plaintiff;

8. Any and all witnesses appropriate for impeachment purposes;

9. Any and all witnesses appropriate for purposes of entering exhibits into evidence, including records custodians;

10. Any and all witnesses not previously identified who may become necessary and/or known up to time of trial in this matter;

11. In addition, Defendant reserves the right to supplement and/or otherwise amend this Witness List on the basis of additional information learned subsequent to the date of filing this Witness List.

**EXPERT WITNESSES:**

Defendant does not currently expect to call any expert witnesses in this matter, subject to the qualifications identified in items 5-11 of this submission.

BUTZEL LONG,

Respectfully submitted,

By: */s/ Phillip C. Korovesis*
Phillip C. Korovesis (P40579)
150 W. Jefferson, Ste. 100
Detroit, Michigan 48226
(313) 225-7000
korovesis@butzel.com
Counsel for Defendant

Dated: January 19, 2023

Russell B. Morgan (TN Bar No. 20218)
*(pro hac vice admission to be requested)*
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
615.252.2311 (phone)
615.252.6311 (fax)
rmorgan@bradley.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served upon all counsel of record. Parties may also access this filing through the Court's ECF system.

*/s/ Phillip C. Korovisis*
Phillip C. Korovesis (P40579)

3