UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Blue Cross Blue Shield of Michigan,

                Plaintiff(s),

v.                                        Case No. 2:22−cv−11598−MAG−EAS
                                               Hon. Mark A. Goldsmith

Corizon Health, Inc.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  January 26, 2026 at 01:30 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** +1 (646) 828−7666
**MEETING ID:**    161 214 9654

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Joseph Heacox
                                                         Case Manager

Dated:  January 12, 2026